1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GRAHAM and LEROY A. GRAHAM,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELI LILLY AND COMPANY; AMYLIN PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1 through 15,<br><br>　　　　　Defendants. | Case No.  09-CV-02703 VRW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND TO SAN FRANCISCO SUPERIOR COURT |

1  This matter has come before the Court on the parties' Stipulation for
2  Remand to San Francisco Superior Court.  Having considered the parties' stipulation, and
3  good cause appearing therefor, the Court hereby orders as follows:
4  The parties' Stipulation to Remand to San Francisco Superior Court is
5  GRANTED.  It is ORDERED that the above-captioned matter is hereby remanded to the
6  San Francisco Superior Court.

8  IT IS SO ORDERED.

9  DATED: _____July 31_____, 2009
10  Honorab[le]
    United S[tates]
    Judge Vaughn R Walker

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

- 2 -

[PROPOSED] ORDER GRANTING
STIPULATION TO REMAND
09-CV-02703 VRW